THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WASHINGTON STATE PHARMACY ASSOCIATION, NATIONAL ASSOCIATION OF CHAIN DRUG STORES, NATIONAL COMMUNITY PHARMACISTS ASSOCIATION, SHIRAZ SPECIALTY PHARMACY, CAMMACK'S PHARMACY, INC., RITZVILLE DRUG COMPANY, SOAS, LLC, CAMP RILEY DRUG COMPANY d/b/a PHARM-A-SAVE, and GENOA HEALTHCARE, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTINE GREGOIRE, not individually, but Solely in her official capacity as Governor of the State of Washington, SUSAN N. DREYFUS, not individually, but solely in her official capacity as Interim Secretary of the Washington State Department of Social and Health Services, DOUG PORTER, not individually, but in his official capacity as Assistant Secretary of the Health and Recovery Services Administration, Washington State Department of Social and Health Services, THE WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, and HEALTH AND RECOVERY SERVICES ADMINISTRATION,<br><br>Defendants. | NO.  C09-1377 RAJ<br><br>SUPPLEMENTAL DECLARATION OF GEORGE D. BARTELL |

SUPPLEMENTAL DECLARATION OF
GEORGE D. BARTELL
C09-1377 RAJ

-1-

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511  F: (206) 622-8986

I, George D. Bartell, declare as follows:

1. I make this declaration in support of the Plaintiffs' Motion for Preliminary Injunction filed herein and to provide clarification in response to the Court's Order filed December 22, 2009, in which the Court said that pharmacies have not "suggested that they will stop dispensing drugs any time soon."

2. As indicated in my October 14, 2009 declaration, I am the Chairman and CEO of Bartell Drugs, which owns 57 pharmacies licensed in the state of Washington.

3. Bartell Drugs has started analyzing the impact of the reduction in Medicaid reimbursement caused by the State's implementation of new average wholesale price computations for branded drug products. Our initial assessment of the impact is that, for many drugs, the reimbursement paid by Medicaid does not and will not cover the costs of filling the prescriptions.

4. It is readily apparent at this point that Bartell Drugs cannot continue to service Medicaid patients at many of its pharmacies. Based upon the initial data received and analyzed, we are immediately withdrawing fifteen (15) pharmacies from Medicaid participation based upon the September 26, 2009 reduction in pharmacy reimbursement. We do this with grave reluctance as we value all of our customers and believe that their ability to access needed medicine is of paramount importance. The problem that Bartell Drugs confronts is that it cannot financially maintain a Medicaid pharmacy line of business where the State refuses to cover the costs of dispensing. A notice to Medicaid beneficiaries is being posted at each of the affected pharmacies, the form of which is attached at Exhibit A. A notice to DSHS of the withdrawal is being drafted and will be submitted shortly. As further data is received analyzed, we will determine whether we must remove more or even all Bartell Drugs

SUPPLEMENTAL DECLARATION OF
GEORGE D. BARTELL
C09-1377 RAJ

-2-

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511  F: (206) 622-8986

pharmacies from participation.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on 29th December 2009, at SEATTLE, Washington.

_____
GEORGE D. BARTELL

{2422.00001/M9621156.DOC; 1}

**SUPPLEMENTAL DECLARATION OF**
**GEORGE D. BARTELL**
C09-1377 RAJ

-3-

LAW OFFICES
**BENNETT BIGELOW & LEEDOM, P.S.**
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511  F: (206) 622-8986

**CERTIFICATE OF SERVICE**

On January 4, 2010, the undersigned served true and correct copies of SUPPLEMENTAL DECLARATION OF GEORGE D. BARTELL and this CERTIFICATE OF SERVICE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the followingupon the following:

<u>Washington Attorney General's Office</u>:

    Angela D. Coats McCarthy – AngelaC3@atg.wa.gov
    William T. Stephens – bills3@atg.wa.gov

<u>United States Department of Justice</u>:

    Ethan Price Davis, Trial Attorney – edavis@aya.yale.edu,
       ethan.p.davis@usdoj.gov

<u>Co-Counsel for Plaintiffs</u>:

    Lisa Dobson Gould – ldobsongould@bbllaw.com
    Renee M. Howard – rhoward@bbllaw.com
    Richard P. Darke – rpdarke@duanemorris.com
    Frederick R. Ball – frball@duanemorris.com
    Nicholas J. Lynn – NJLynn@duanemorris.com
    Christopher Patelle – cjpetelle@duanemorris.com

DATED this 4th day of January, 2010.

                                      s/ Mary Elynne Tappero
                                      Mary Elynne Tappero

SUPPLEMENTAL DECLARATION OF
GEORGE D. BARTELL
C09-1377 RAJ
-4-

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511  F: (206) 622-8986

# Attention Medicaid Patients

Changes were made recently to the compensation received by pharmacies for filling DSHS/Medicaid prescriptions.

Unlike other insurance providers, Washington State Department of Social and Health Services (DSHS) has made no effort to adjust payment for your medications, resulting in significant losses for pharmacies.

Discussions with the DSHS and legal action so far has failed to resolve this issue. As a result, Bartell Drugs has been forced to discontinue filling Medicaid prescriptions at this location **effective February 1, 2010.**

The problem is <u>not</u> with you but with the State. We regret that we have been forced to take this step and hope that we will be able to continue to serve your other needs.

We hope that the State will reconsider their reimbursement to pharmacies and their responsibility to provide access to all Medicaid recipients. For those concerned, we urge you to contact the Governor's office at 360-902-4111 or your State Legislators. The legislative hotline is 1-800-562-6000.



**BARTELL DRUGS** — *Washington's Own Drugstores*

**Ballard Pharmacy** 5605 22nd Avenue NW, Seattle WA 98107

EXHIBIT A

12-30-09