

**FILED**

MAY 06 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WASHINGTON STATE PHARMACY ASSOCIATION; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CHRISTINE O. GREGOIRE, not individually, but solely in her official capacity as Governor of the State of Washington; et al., <br><br> Defendants - Appellees. | No. 10-35247 <br><br> D.C. No. 2:09-cv-01377-RAJ <br> Western District of Washington, Seattle <br><br> ORDER |

Appellants' motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Nina A. M. Greeley
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

nmg/MOATT